1 | TONY WEST
Assistant Attorney General
2 | JOYCE R. BRANDA
DANIEL R. ANDERSON
3 | ROBERT J. McAULIFFE
Attorneys
4 | Civil Division
United States Department of Justice
5 |     P.O. Box 261
    Ben Franklin Station
6 |     Washington, D.C. 20044
    Telephone: (202) 514-6832
7 |     Facsimile: (202) 616-3085
    Email: Robert.McAuliffe@usdoj.gov
8 | THOMAS P. O'BRIEN
United States Attorney
9 | LEON W. WEIDMAN
Assistant United States Attorney
10 | Chief, Civil Division
GARY PLESSMAN
11 | Assistant United States Attorney
Chief, Civil Fraud Section
12 | WENDY L. WEISS, State Bar No. 181083
Assistant United States Attorney
13 |     300 North Los Angeles Street
    Federal Building, Room 7516
14 |     Los Angeles, California 90012
    Telephone: (213) 894-0444
15 |     Facsimile: (213) 894-5139
    Email: wendy.weiss@usdoj.gov
16 |
Attorneys for the Plaintiff
17 | United States of America
18 | [Counsel names continued on next page]
19 | UNITED STATES DISTRICT COURT
20 | CENTRAL DISTRICT OF CALIFORNIA
21 | WESTERN DIVISION

E-FILED

JAN 1 4 2010

Document # _____

15-6

2010 JAN 13 AM 11: 44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___

LODGED

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA | ) ) ) |
|     Plaintiffs, | ) ) |
|         v. | ) ) ) |
| INTERCARE HEALTH SYSTEMS, INC, a California corporation, formerly d.b.a. CITY OF ANGELS MEDICAL CENTER; ROBERT BOURSEAU; and RUDRA SABARATNAM | ) ) ) ) ) ) |
|     Defendants. | ) ) |

Case No. CV

CV10 0232 PSG (SSx)

CONSENT JUDGMENT AND
[PROPOSED] ORDER

1  EDMUND G. BROWN, JR.
   Attorney General of the State of California
2  DANE GILLETTE
   Chief Assistant Attorney General
3  MARK GEIGER
   Director
4  BRIAN V. FRANKEL
   Supervising Deputy Attorney General
5  State Bar No. 116802
       Office of the Attorney General
6      1455 Frazee Road, Suite315
       San Diego, CA 92108
7      Telephone: (619) 688-6065
       Facsimile: (619) 688-4200
8      Email: brian.frankel@doj.ca.gov

9  Attorneys for State of California

10                  **CONSENT JUDGMENT**

11      IT IS HEREBY ORDERED, ADJUDGED and DECREED, pursuant to and in

12  accordance with the Stipulation for Entry of Consent Judgment

13  entered into by and between plaintiff the United States of America,

14  acting on behalf of its agency, the United States Department of

15  Health and Human Services, and plaintiff the State of California

16  (collectively "plaintiffs"), and defendants Robert Bourseau and Dr.

17  S. Rudra Sabaratnam (collectively "defendants")(plaintiffs and

18  defendants are collectively referred to as "the parties"), as

19  follows:

20                     **Findings**

21      1.  The Court has subject matter jurisdiction over this action

22  pursuant to 31 U.S.C. § 3730(a) and (b) and 28 U.S.C. §§ 1331 and

23  1345.  Jurisdiction over all state law claims alleged in this

24  action is proper under 31 U.S.C. § 3732(b). This Court has

25  supplemental jurisdiction over all state law claims under 28 U.S.C.

26  § 1367.

27

28

                              2

1    2.   Defendants have acknowledged and accepted service of the

2  Summons and Complaint.   The Court has personal jurisdiction over

3  defendants.

4    3.   Venue is proper in this District pursuant to 31 U.S.C. §

5  3732(a) and 28 U.S.C. § 1391(b), because defendants are located and

6  transact business in this District, and a substantial part of the

7  events giving rise to the claims brought in this action occurred in

8  this District.

9  <u>The Parties</u>

10    4.   Intercare Health Systems, Inc. ("Intercare") is a

11  California corporation that, from 2004 through November 18, 2008,

12  owned and operated a for-profit acute care hospital in the City of

13  Los Angeles known as the City of Angels Medical Center ("City of

14  Angels").   City of Angels was at all times relevant hereto a

15  participating hospital in the Medicare and Medi-Cal programs.

16  Intercare's Medicare provider number, at all times relevant hereto,

17  was 05-0725. Intercare's Medi-Cal provider number, at all times

18  relevant hereto, was HSC30725F.

19    5.   Defendant Robert Bourseau ("Bourseau") is a resident of

20  the State of California.   At all times relevant hereto, the 50%

21  shareholder of Defendant Intercare was the G & B Trust and/or the

22  Gladys Bourseau Living Trust ("GBLT"), and Bourseau was an officer

23  and director of Intercare.

24    6.   Defendant Dr. S. Rudra Sabaratnam ("Sabaratnam") is a

25  resident of the State of California.   Sabaratnam was a licensed

26  physician and a managing officer at all times relevant hereto, and

27  from 2004 to June 14, 2007, was the Chief Executive Officer, and

28

3

1   one of the two owners through Secured Equity Partners, L.P., of Intercare.

2       7.   On December 12, 2008, Sabaratnam pled guilty to two counts

3   of Payment of Illegal Remuneration for Patient Referrals (42 U.S.C.

4   § 1320a-7b(b)(2)(A))(the Anti-Kickback Statute) in connection with

5   the conduct described herein. (U.S.D.C.-C.D. CA Case No. CR-08-

6   00904.)

7       8.   On June 16, 2009, Bourseau pled guilty to two counts of

8   Payment of Illegal Remuneration for Patient Referrals (42 U.S.C. §

9   1320a-7b(b)(2)(A))(the Anti-Kickback Statute) in connection with the

10  conduct described herein. (U.S.D.C.- C.D. CA Case No. CR-09-00087.)

11  The Kickback Scheme

12      9.   Beginning on or about August 20, 2004, and continuing to

13  approximately June 14, 2007, defendants engaged in a scheme to

14  increase inpatient admissions to City of Angels by paying patient

15  recruiters   Estill   Mitts   ("Mitts")   and   Richard   Massey

16  ("Massey")(collectively "the recruiters") to induce them to refer

17  Medicare and Medi-Cal beneficiaries whom they recruited, primarily

18  from the Skid Row area of downtown Los Angeles, to City of Angels for

19  inpatient hospital stays.  Defendants paid the recruiters, or caused

20  to be paid to them, approximately $500 for each Medicare-referred

21  patient admitted to the hospital and approximately $300 for each Medi

22  Cal-referred patient admitted to the hospital.

23      10.  At all relevant times, Bourseau and Sabaratnam knew that it

24  was illegal to pay kickbacks for the referral of patients for health

25  services that may be paid for by Medicare or Medi-Cal.

26  Defendants' Dealings With Mitts and Massey

27      11.  As part of the scheme, on or about August 20, 2004,

28  Sabaratnam, as CEO of City of Angels, executed a "Consulting Services

4

1  Contract" between City of Angels and Metropolitan Healthcare LLC
2  ("Metropolitan"), a company owned and controlled by Mitts. Mitts'
3  company later became known as Wilshire Healthcare Holdings LLC
4  ("Wilshire"). As defendants knew and intended, this contract was a
5  sham intended to conceal the illegal kickback payments to Mitts for
6  the referral of Medicare and Medi-Cal patients.

7      12.   At the time Sabaratnam executed the sham contract with
8  Metropolitan and throughout the time period of the scheme, Mitts
9  operated a facility called the "Assessment Center," also known as 7th
10 Street Christian Day Center, located at 431 East Seventh Street, Los
11 Angeles, California, in the area commonly known as Skid Row.  As
12 defendants knew, the Assessment Center was not a medical clinic, but
13 rather was a site that Mitts used for the purpose of recruiting
14 homeless Medicare and Medi-Cal beneficiaries for referral to local
15 hospitals, including City of Angels. As defendants knew, Mitts and
16 others working for him, including Massey, would recruit Medicare and
17 Medi-Cal beneficiaries for inpatient hospital stays. As defendants
18 knew, the recruited beneficiaries would be taken to the Assessment
19 Center where the staff, who were not medical professionals, would
20 confirm their status as Medicare or Medi-Cal beneficiaries, provide
21 symptoms to justify hospitalization, and arrange for the
22 beneficiaries' transportation to City of Angels.

23     13.   After a few days, the homeless beneficiaries would be
24 discharged from the hospital and the defendants, among others at City
25 of Angels, knowingly would submit, or cause to be submitted, to
26 Medicare and Medi-Cal, false and fraudulent claims for reimbursement
27 for services rendered to these beneficiaries.

28

14.   In furtherance of the conspiracy to defraud Medicare and Medi-Cal described above, and pursuant to the sham contracts, Mitts submitted monthly invoices to defendants, or others at City of Angels, for payment for the patients he referred to City of Angels.  These invoices were accompanied by false monthly "work reports" designed, as defendants knew and intended, to conceal the fact that payments were being made for patient referrals.

15.   After confirming which of the patients listed by Mitts had been admitted to the hospital, defendants would then reimburse Mitts for his referrals by making checks payable to companies owned and controlled by Mitts, including Metropolitan and Wilshire.

16.   In October 2006, defendants entered into a separate kickback arrangement with Massey, who previously had been working for Mitts. As part of this arrangement, Massey formed a company called Rolls-Cartier LLC.  Defendants paid Massey, or caused Massey to be paid, for the referral of Medicare and Medi-Cal beneficiaries typically living on Skid Row to City of Angels by having checks issued to Rolls-Cartier LLC.  This separate kickback arrangement with Massey continued until March 2007.

Defendants' False Claims and False Statements, Kickback Payments, and Impact on Medicare and Medi-Cal

17.   During the course of their kickback scheme, defendants paid approximately $486,382 in illegal remuneration to induce  patient referrals to City of Angels, $416,382 to Mitts and $70,000 to Massey.

18.   Pursuant to the scheme, between August 20, 2004 and June 14, 2007, defendants submitted, or caused to be submitted, 447 false claims for non-reimbursable hospital stays and services provided to

1  156 Medicare beneficiaries.  Medicare paid Intercare $2,772,403 for
2  these claims.

3      19.  Pursuant to the scheme, between August 20, 2004 and June 14,
4  2007, defendants submitted, or caused to be submitted, 589 false
5  claims for non-reimbursable hospital stays and services provided to
6  223 Medi-Cal beneficiaries.  Medi-Cal paid Intercare $1,336,376 for
7  these claims.  Fifty percent of the Medi-Cal payments to Intercare,
8  $668,188, was funded by the federal government and the other 50%,
9  $668,188 was funded by the State of California.

10     20.  In total, Medicare and Medi-Cal paid Intercare $4,108,779
11 for hospital stays and services provided to the beneficiaries referred
12 to City of Angels by Mitts and Massey as a result of the payment of
13 kickbacks.

14     21.  Each of the 1036 claims that defendants submitted to
15 Medicare and Medi-Cal was false because it resulted from, and was
16 tainted and rendered false by the payment of, a kickback, in violation
17 of the Anti-Kickback Statute.

18     22.  Defendants had actual knowledge that each claim that
19 Intercare submitted to Medicare or Medi-Cal associated with these
20 "paid-for-patients" would constitute a false or fraudulent claim for
21 payment in violation of the False Claims Act, 31 U.S.C. §§ 3729,
22 because defendants had actual knowledge that payment of claims by
23 Medicare and Medi-Cal is conditioned upon the claims and the
24 underlying transactions complying with the Anti-Kickback Statute.

25                          **Judgment**

26     23.  Based on the conduct described above, judgment in favor
27 of the United States against defendants, jointly and severally, on
28 the United States' federal False Claims Act allegations contained

                                7

1  in the Complaint in the amount of $8,457,769, together with post-

2  judgment interest at the legal rate in effect on the date of the

3  entry of judgment pursuant to 28 U.S.C. § 1961(b), as amended,

4  shall be and hereby is ordered and entered.

5        24.  Based on the conduct described above, judgment in favor

6  of the State of California against defendants, jointly and

7  severally, on the State of California's False Claims Act

8  allegations contained in the Complaint in the amount of $1,542,231,

9  together with post-judgment interest at the legal rate in effect on

10 the date of the entry of judgment pursuant to California Code of

11 Civil Procedure § 685.010, shall be and hereby is ordered and

12 entered.

13       25.  The Court shall retain jurisdiction over this action for

14 the purpose of enforcing this Judgment.

15       26.  Simultaneous to the execution of this Consent Judgment,

16 defendants are signing Stipulations of Nondischargeability with

17 respect to this Consent Judgment, which the United States and the

18 State of California will file in any bankruptcy case, attached

19 hereto as Exhibit 1.  In addition, defendants agree to sign, and

20 the United States and the State of California will file in any

21 bankruptcy case, revised Stipulations of Nondischargeability with

22 respect to this Consent Judgment to accurately reflect the caption

23 of the bankruptcy case in which the Stipulation of

24 Nondischargeability will be filed.

25       27.  If and when the full amount of the Judgment in favor of

26 the United States has been paid, the United States shall prepare

27 and file a Satisfaction of Judgment with the Clerk of the United

28 States District Court for the Central District of California and,

1  if any lien has been recorded, shall provide defendants with a

2  Release of Lien Under Abstract of Judgment.

3       28.  If and when the full amount of the Judgment in favor of

4  the State of California has been paid, the State of California

5  shall prepare and file a Satisfaction of Judgment with the Clerk of

6  the United States District Court for the Central District of

7  California and, if any lien has been recorded, shall provide

8  defendants with a Release of Lien Under Abstract of Judgment.

9

10  **IT IS SO ORDERED.**

11  DATED: ___1/14/10___          _____

12                               UNITED STATES DISTRICT JUDGE

13

14  APPROVED AS TO FORM AND CONTENT:

15

16

17              THE UNITED STATES OF AMERICA

18

19  TONY WEST
    Assistant Attorney General
20  JOYCE R. BRANDA
    DANIEL R. ANDERSON
21  _Robert J. McAuliffe / by vlw per authorization_

22  ROBERT J. McAULIFFE
    Civil Division
23  United States Department of Justice

24  Attorneys for Plaintiff
    United States of America
25
    DATED: Aug 24, 2009
26
    THOMAS P. O'BRIEN
27  United States Attorney
    LEON W. WEIDMAN
28  Assistant United States Attorney

                            9

```
 1 | Chief, Civil Division
   | GARY PLESSMAN
 2 | Assistant United States Attorney
   | Chief, Civil Fraud Section
 3 | _____
 4 | WENDY L. WEISS
   | Assistant United States Attorney
 5 |
   | Attorneys for Plaintiff
 6 | United States of America
 7 | DATED:  24     , 2009
 8 |
 9 |
   |                    THE STATE OF CALIFORNIA
10 |
11 |
12 |
   | _____
13 | BRIAN V. FRANKEL
   | Supervising Deputy Attorney General
14 | Office of the Attorney General for the State of California
15 | Attorneys for Plaintiff
   | The State of California
16 |
   | DATED:  August 10  , 2009
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

10

DEFENDANTS

ROBERT I. BOURSEAU, AN INDIVIDUAL

ROBERT BOURSEAU

DATED: _____, 200__

TANA M. COLE
Cole & Loeterman
1875 Century Park East, Suite 2000
Los Angeles, California 90067
Attorney for Robert Bourseau

DATED: 8/20 , 200__

S. RUDRA SABARATNAM, AN INDIVIDUAL

S. RUDRA SABARATNAM

DATED: _____, 2009

STEPHEN B. CADWELL
Crowell & Moring LLP
333 Wilshire Boulevard, Suite 600
Los Angeles, California 90017
Attorney for S. RUDRA SABARATNAM

DATED: _____, 2009

11

1

2                                    <u>DEFENDANTS</u>

3

4

   ROBERT I. BOURSEAU, AN INDIVIDUAL

5    _____

6    ROBERT BOURSEAU

7    DATED: _____, 2009

8    _____

9    DANA M. COLE
     Cole & Loeterman
10   1925 Century Park East, Suite 2000
     Los Angeles, California 90067
11   Attorney for Robert Bourseau

12   DATED: _____, 2009

13

14   S. RUDRA SABARATNAM, AN INDIVIDUAL

15   _____

16   S. RUDRA SABARATNAM

     DATED: 8|11|09 , 2009
17

18

19   STEPHEN B. SADOWSKY
     Crowell & Moring LLP
20   800 Wilshire Boulevard, Suite 500
     Los Angeles, California 90017
21   Attorney for S. RUDRA SABARATNAM

22   DATED: August 11 , 2009

23

24

25

26

27

28

                              11

                              12